UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TULIO DIAZ, :

        Plaintiff, :

    v. : Civil Action No. 01-6204(JWB)

COSTAL COPY SYSTEMS, :
MARINER BUSINESS SOLUTIONS, :  **O R D E R**
FEM COM BUSINESS SYSTEMS, INC.:
d/b/a COSTAL COPY SYSTEMS,
BERNARD W. OZAROWSKI and/or :
NYLCARE and/or AETNA US
HEALTHCARE, :

        Defendants. :


This matter being opened to the Court on motion by Sammarro & Zalarick, P.A., attorneys for the plaintiff, for an order enforcing litigant's rights; and the defendants having failed to appear on the return date and having failed to comply with the Wage Execution;

It is on this 9th day of May, 2005,

**ORDERED** that the defendants, Bernard W. Ozarowski and a representative of Penquin Imaging have violated the terms of the Amended Order for Wage Execution dated October 18, 2004 (a copy of which is an annexed hereto); and it is further

**ORDERED** that the defendants have violated the plaintiff's rights as a litigant; and it is further

**ORDERED** that a warrant be issued authorizing the arrest, by the United States Marshal for this District, of the defendants

Bernard W. Ozarowski and a representative of Penquin Imaging between the hours of 9:00 A.M. and 4:30 P.M., Monday through Friday, at which time, upon apprehension, those defendants will be brought before the undersigned forthwith, without being criminally processed; and it is further

**ORDERED** that at the time of said arrests, the U.S. Marshal shall promptly notify plaintiff's attorneys, Sammarro & Zalarick, P.A., in order that said attorneys may be present at the defendants' said appearance before the Court; and it is further

**ORDERED** that at said appearance the defendants, or either of them, shall show cause before this Court as to why they should not be held in contempt of court until such time as the October 18, 2004 Amended Order for Wage Execution has been complied with; and it is further

**ORDERED** that a copy of this Order be served on all parties within seven (7) days.

```
                              _____
                                    JOHN W. BISSELL
                                      Chief Judge
                              United States District Court
```

Sammarro & Zalarick, P.A.
P.O. Box 769
262 Palisade Avenue
Garfield, NJ, 07026
Telephone No.: (973) 478-1026
Attorneys for Plaintiffs
File No.: WC11296-GJZ

UNITED STATES DISTRICT COURT

| Tulio Diaz | ) ~~SUPERIOR COURT OF NEW JERSEY~~ x x |
|---|---|
| | ) DISTRICT OF NEW JERSEY |
| Plaintiff(s) | ) CIVIL ACTION#2: 01CV06204 |
| | ) |
| vs. | ) |
| | ) Civil Action |
| Costal Copy Systems, Mariner Business Solutions, FEM COM Business Systems, Inc. d/b/a Costal Copy Systems, Bernard W. Ozarowski and Nylcare and/or Aetna US Healthcare, | ) AMENDED ORDER FOR WAGE )EXECUTION AND CERTIFICATION ) ) ) ) |
| Defendant(s) | |

THE CERTIFICATION set forth below being considered,

IT IS ON THIS _18th_ day of _October_, 2004

**ORDERED** that execution issue against the earnings of the Judgment Debtor named below from earnings (as defined below) as a continuing levy until the judgment, interest and costs are satisfied; provided that the amount so garnished does not exceed the least of the following:
  (a) 10% of your gross weekly pay; or
  (b) 25% of your disposable earnings for that week; or
  (c) the amount, if any, by which the defendant's disposable weekly earnings exceed $142.50 per week, until the total amount due has been deducted or the complete termination of employment. Upon either of these events, an immediate accounting is to be made to the plaintiff's attorney, Sammarro & Zalarick, PA;

There shall be no garnishment in any week if the disposable earnings for that week are $142.50 or less.

JUDGMENT DEBTOR: Bernard Ozarowski

EMPLOYER: Penguin Imaging, Inc.
17 Princess Road
Trenton, NJ 08648

_____
JOHN W. BISSELL         ~~USDJ~~
Chief Judge, USDC